# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3484

_____

Cleora I. Guile

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

_____

Submitted: May 7, 2013
Filed: May 28, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Cleora Guile appeals following the district court's[1] adverse grant of summary judgment in her medical malpractice action brought under the Federal Tort Claims

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Act.  Having carefully considered the record before us, see <u>Laughlin v. Schriro</u>, 430 F.3d 927, 928 (8th Cir. 2005) (de novo review of grant of summary judgment), we agree with the district court, for the reasons that the court explained in its order, that Guile failed to establish a prima facie case of medical malpractice under Missouri law, <u>see</u> <u>Tompkins v. Kusama</u>, 822 S.W.2d 463, 464 (Mo. Ct. App. 1991) (elements).[2]

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____

_____

[2]We do not address arguments that Guile newly raises in this appeal.